Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Sunny Cockerline*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNNY COCKERLINE,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and PORTFOLIO RECOVERY ASSOCIATES, LLC;<br><br>    Defendants. | Case No.: 2:22-cv-01332-MMD-EJY<br><br>**PLAINTIFF'S MOTION TO EXTEND TIME FOR DEFENDANT TRANS UNION, LLC TO RESPOND TO INITIAL COMPLAINT** |

Plaintiff Sunny Cockerline ("Plaintiff") hereby files her Unopposed Motion for Extension of Time for TransUnion to Answer ("Motion") and in support states:

1. TransUnion's responsive pleading is due on September 9, 2022.

2. Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

3. Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Plaintiff files this Motion consistent with its agreement with TransUnion and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for 30 days, to October 11, 2022.

4. The Motion is not for delay.

5. This is TransUnion's first extension of time and the requested extension does not prejudice the parties.

///

///

///

6. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to October 11, 2022, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Sunny Cockerline*

IT IS SO ORDERED:


_____
United States Magistrate Judge

DATED: September 9, 2022