Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sunny Cockerline*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sunny Cockerline,<br>　　　　　Plaintiff,<br>　v.<br><br>Trans Union, LLC, et al.<br>　　　　　Defendants. | Case No.: 2:22-cv-01332-MMD-EJY<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sunny Cockerline and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 22, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Sunny Cockerline*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED   May 22, 2023

STIPULATION                    2